FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

C. Douglass Thomas v. Jack Pippen

No. 13-1142

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se   ✓ As counsel for:   C. Douglass Thomas & Alan E. Thomas
                                    Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner  \_\_\_\_\_Respondent  \_\_\_\_\_Amicus curiae  \_\_\_\_\_Cross Appellant
✓ Appellant  \_\_\_\_\_Appellee  \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant   \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: C. Douglass Thomas
Law firm: IpVenture, Inc.
Address: 5150 El Camino Real, Suite A-22
City, State and ZIP: Los Altos, CA 94022
Telephone: 650-903-9200
Fax #: 650-903-9800
E-mail address: doug@ipventure.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/12/89

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes   ✓ No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

1-14-2013
Date                          Signature of pro se or counsel

cc: _____

123

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF System, which will send notice of such filing to all registered CM/ECF users. I sent notice of such filing via electronic mail to the following:

Mark Fleming (mark.fleming@wilmerhale.com)


| C. Douglass Thomas | /s/ C. Douglass Thomas |
| Name of Counsel | Signature of Counsel |


C. Douglass Thomas
IpVenture, Inc.
5150 El Camino Real
Los Altos, CA  94022
650-903-9200
doug@ipventure.com