2013-1142, -1143, -1144
(Interference Nos. 105,801, 105,802 and 105,803)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

C. DOUGLASS THOMAS AND ALAN E. THOMAS,

*Appellants,*

v.

JACK D. PIPPIN,

*Appellee*.

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board.

# UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING APPELLANTS' BRIEF

# CERTIFICATE OF INTEREST

Counsel for C. Douglass Thomas & Alan E. Thomas certify the following:

1. The full name of every party or amicus represented by me is:

    C. Douglass Thomas; Alan E. Thomas

2. The name of the real party in interest represented by me is:

    IpVenture, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

    C. Douglass Thomas; Neifeld IP Law, PC; Rick Neifeld; Robert Hahl; Irell & Manella; Richard Birnholz

Dated: February 15, 2013

/s/ C. Douglass Thomas
C. Douglass Thomas

Appellants, pursuant to Federal Rule of Appellate Procedure 26, respectfully requests that the Court extend the time for filing Appellants' brief, now due March 8, 2013, one month (31 days) to April 8, 2013. Counsel for Appellants have several commitments due at this time and this need the additional time to fully prepare the necessary brief. This is the first extension of time requested by Appellants.

As required by Fed. Civ. R. 26(b)(5), this request is accompanied by an affidavit of counsel of Appellants.

Appellee's counsel has indicated that they will not oppose this motion and will not file a response. A proposed order is submitted herewith.

Respectfully submitted,

/s/ C. Douglass Thomas
C. Douglass Thomas

IpVenture, Inc.
5150 El Camino Real
Los Altos, CA  94022
650-903-9200
doug@ipventure.com
*Counsel for Appellants*

Dated: February 15, 2013

2013-1142, -1143, -1144
(Interference Nos. 105,801, 105,802 and 105,803)

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

C. DOUGLASS THOMAS AND ALAN E. THOMAS,

*Appellants,*

v.

JACK D. PIPPIN,

*Appellee*.

## DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME

1. I am the lead attorney responsible for these appeals.

2. Due to the fact that there are three appeals due on the same day and due to several commitments due about this time, Appellant will need additional time in preparing the Appellants' brief(s).

3. Appellee has stated they will not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

February 15, 2013  /s/ C. Douglass Thomas
C. Douglass Thomas
Counsel for Appellants

2013-1142, -1143, -1144
(Interference Nos. 105,801, 105,802 and 105,803)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

C. DOUGLASS THOMAS AND ALAN E. THOMAS,

*Appellants,*

v.

JACK D. PIPPIN,

*Appellee*.

## ORDER

Upon consideration of the Appellants' unopposed motion for an extension of time, it is

ORDERED that Appellants' motion is granted and that Appellants' brief is due on April 8, 2013.

                                                                FOR THE COURT

Date: _____　　　　　　　　_____
                                                               JAN HORBALY, Clerk
                                                               United States Court of Appeals
                                                               For the Federal Circuit

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF System, which will send notice of such filing to all registered CM/ECF users. I sent notice of such filing via electronic mail to the following:

Mark Fleming (mark.fleming@wilmerhale.com)


| C. Douglass Thomas | */s/* C. Douglass Thomas |
| Name of Counsel | Signature of Counsel |

C. Douglass Thomas
IpVenture, Inc.
5150 El Camino Real
Los Altos, CA  94022
650-903-9200
doug@ipventure.com